**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jones for President 2024, et al., | No. CV-24-02046-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| TikTok Incorporated, | |
| Defendant. | |

Pending before the Court is Plaintiff Jones for President 2024's Application to Proceed in District Court without Prepaying Fees or Costs pursuant 28 U.S.C. § 1915(a) (Doc. 2). For the reasons set forth below that motion is denied without prejudice.

The Complaint is apparently brought both by the campaign as an entity, and by Brittany Jones, the individual who is the presidential candidate on whose behalf the campaign operates. In applying to proceed in District Court without prepaying fees or costs, the Plaintiffs have applied for *in forma pauperis* status, at least in part, on the financial condition of the campaign. For example, the form states that "Campaign has no income." The application further states that the campaign is in "debt to candidate" to the tune of $35,000 and "the campaign is no longer fundraising and is in debt due to the campaign suppression and election interference" alleged in the complaint. The form also lists assets of $500 and a trailer, but it is not clear whether those are the assets of the campaign, or the assets of Brittany Jones the individual Plaintiff, or whether, as also

appears possible, the Plaintiffs have intermingled their separate financial positions in a single affidavit.

In any event, the campaign is an entity and, as such, is not eligible for the relief requested. *Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194 (1993) (holding that "person" under § 1915(a) "refers only to individuals"). Further, the campaign, as an entity and not a natural person, cannot be represented in federal court by Ms. Jones, but must in fact be represented by an attorney. *Partridge v. American Hospital Management Company, LLC,* 289 F. Supp.3d 1, 25 (D.D.C. 2017). To the extent that Ms. Jones would nevertheless like to achieve *in forma pauperis* status as an individual and natural person, she must submit an Application to Proceed in District Court without Prepaying Fees or Costs that is based on her financial condition alone. That she has not yet done.

**THEREFORE, IT IS ORDERED DENYING WITHOUT PREJUDICE,** Jones for President 2024's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 2). Ms. Jones may renew her application by filing within 30 days an application that is based on her financial condition as an individual, and not including the debts or assets of other persons or entities.

Dated this 20th day of September, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge